UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

BILLY JOE PAIGE,

      Plaintiff,           Case No. 1:20-cv-629

v.                               Honorable Paul L. Maloney

HEIDI WASHINGTON,

      Defendant.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  September 23, 2020         /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge